UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MEHDI BELHASSAN,<br><br>Defendant | ) | Criminal No. 21cr10076<br><br>Violations:<br><br>Counts One - Two: Wire Fraud<br>(18 U.S.C. § 1343)<br><br>Count Three: Aggravated Identity Theft<br>(18 U.S.C. § 1028A(a)(1))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461) |

INDICTMENT

At all times relevant to this Indictment:

General Allegations

1. Defendant Mehdi BELHASSAN ("BELHASSAN") was a resident of Florida.

2. From at least 1995 to 2019, BELHASSAN owned MB & RB, Inc., a Florida corporation that provided sports instruction and operated sports camps, including MB Sports Camps.

3. The College was a private liberal arts college located near Boston, Massachusetts. From in or about 2013 to in or about 2018, MB Sports Camps operated a summer sports camp at the College, under contracts BELHASSAN signed in or about May 2013 and May 2018.

4. The University was a private research university located in Boston.

5. Victims 1 and 2 were individuals who resided in Massachusetts.

6. The Payment Services Company was a Texas corporation that, among other things, provided event management, registration, and payment services to clients including camps, schools, and universities.

7. The Cash Advance Company was a company with its principal place of business in New York that, among other things, provided cash advances, secured by receivables, to merchants.

Scheme to Defraud

8. From in or about September 2018 through in or about July 2019, BELHASSAN engaged in a scheme to defraud various individuals and entities by falsely representing that he would operate MB Sports Camps in Massachusetts in the summer of 2019. Through this scheme, BELHASSAN collected tuition or deposit payments from at least 279 individuals, including Victims 1 and 2, and at least two entities, including the Payment Services Company and the Cash Advance Company.

9. On or about September 4, 2018, an official of the College notified BELHASSAN that the College would not invite MB Sports Camps to renew its contract in 2019 because MB Sports Camps had not paid the College, as required by its prior contracts.

10. In or about that same month, BELHASSAN began using the Payment Services Company to collect payments from camp participants' families for the 2019 season, even though he had not secured a Massachusetts venue for the camps. For each participant scheduled to attend MB Sports Camps' summer 2019 programs, the Payment Services Company collected electronic payments toward the total cost of tuition, which ranged from $745 to $995 per week.

11. Individuals across the United States, including Victims 1 and 2 in Massachusetts, made tuition payments to the Payment Services Company.

12. On or about March 6, 2019, BELHASSAN signed a contract with the Payment Services Company, under which the Payment Services Company agreed to pre-purchase a set of MB Sports Camps registrations worth $121,124, which the Payment Services Company paid to BELHASSAN on or about March 14, 2019.

13. On or about April 25, 2019, an officer of the University informed BELHASSAN that the University could not provide any athletic facility space to MB Sports Camps for summer 2019.

14. On or about April 26, 2019, BELHASSAN sent an email to the families of campers from previous years, including families in Massachusetts, stating that the 2019 camps would be held at the University, even though BELHASSAN had not contracted with the University to hold summer camps on the University's campus.

15. On or about July 1, 2019, MB Sports Camps abruptly cancelled its sports camps that were scheduled to operate in Boston starting the following week. BELHASSAN directed an employee in Georgia to email campers and their families, including victims in Massachusetts, that the 2019 summer camps had been cancelled.

16. That same day, BELHASSAN signed a Future Receivables Sale Agreement providing that the Cash Advance Company would pay $70,000 to purchase future receivables totaling $87,500 from MB & RB, Inc.

17. In order to obtain funding from the Cash Advance Company, BELHASSAN submitted a contract purporting to show that the College had agreed to host MB Sports Camps from July 7, 2019 through August 3, 2019. The contract was purportedly signed by BELHASSAN and by an administrator at the College. In fact, the administrator neither signed the document nor

authorized BELHASSAN to use her name on it, and the College did not have a contract with BELHASSAN for the 2019 season.

18. After receiving inquiries from concerned parents and families, an MB Sports Camps employee in Georgia sent an email on about July 27, 2019 to victims in the District of Massachusetts and elsewhere stating that BELHASSAN would "diligently" work to "provid[e] all of you a refund on your deposits, and tuition payments."

19. The email did not disclose that BELHASSAN had spent most of the tuition money he had received on various personal expenses, including vacations, casinos, and adult entertainment.

COUNTS ONE - TWO
Wire Fraud
(18 U.S.C. § 1343)

The Grand Jury charges:

20. The Grand Jury re-alleges and incorporates by reference paragraphs 1-19 of this Indictment.

21. From in or about September 2018 to in or about July 2019, in the District of Massachusetts and elsewhere, the defendant,

MEHDI BELHASSAN,

having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud, as set forth below:

| Count | Approximate Date | Description |
|---|---|---|
| 1 | May 22, 2019 | Electronic credit card payment of $350 for MB Sports Camps from Victim 1 in Massachusetts to the Payment Services Company's server in Nevada |
| 2 | June 3, 2019 | Electronic check payment of $615 for MB Sports Camps from Victim 2 in Massachusetts to the Payment Services Company's server in Nevada |

All in violation of Title 18, United State Code, Section 1343.

COUNT THREE
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

22. The Grand Jury re-alleges and incorporates by reference paragraphs 1-19 of this Indictment.

23. On or about July 1, 2019, in the District of Massachusetts, and elsewhere, the defendant,

MEHDI BELHASSAN,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, specifically, the signature of an administrator of the College, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, wire fraud, in violation of 18 U.S.C. § 1343.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

24. Upon conviction of either of the offenses in violation of Title 18, United States Code, Section 1343, set forth in Counts One and Two, the defendant,

MEHDI BELHASSAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

25. If any of the property described in Paragraph 24, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 24 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

KRISS BASIL
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March 4, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo

DEPUTY CLERK

at 12:53 PM