UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Docket No.: 21-cr-10076-WGY |
| | ) |
| | ) |
| MEHDI BELHASSAN | ) |

### ASSENTED TO MOTION TO AMEND CONDITIONS OF RELEASE TO PERMIT TRAVEL TO SOUTHERN DISTRICT OF FLORIDA

Mehdi Belhassan, through counsel, moves this court for its order amending the conditions of release in this case to permit the defendant to travel to the Southern District of Florida in addition to travel within the Middle District of Florida and the District of Massachusetts. Undersigned has conferred with the government and probation and they do not oppose the allowance of Mr. Belhassan's motion. For his motion, Mr. Belhassan states as follows:

1. On March 4, 2021, the grand jury returned the indictment in this case charging Mr. Belhassan with two counts of wire fraud and one count of aggravated identity theft. [Dkt. 1].

2. On March 5, 2021, agents arrested Mr. Belhassan in the Middle District of Florida, where he resided at the time. [*See* 8:21-mj-01197-SPF-1, Dkt. 1]. Mr. Belhassan waived his right to a hearing pursuant to Rule 5. [8:21-mj-01197-SPF-1, Dkt. 9]. The government did not seek detention of Mr. Belhassan. [8:21-mj-01197-SPF-1, Dkt. 6]. Magistrate Judge Sean P. Flynn released Mr. Belhassan on conditions that, among other things, restricts his travel to the Middle District of Florida and the District of Massachusetts without first obtaining permission of the District Courts of the Middle District of Florida or the District of Massachusetts. [8:21-mj-01197-SPF-1, Dkt. 10].

In addition, the Conditions of Release required a signature bond totaling $100,000, co-signed by Mr. Belhassan's wife who was to act as third party custodian for Mr. Belhassan. [8:21-mj-01197-SPF-1, Dkt. 10].

3. Mr. Belhassan appeared in a remote proceeding in the District of Massachusetts on March 18, 2021 before Magistrate Judge Judith G. Dein for an initial appearance and arraignment. [Dkt. 10]. The government did not seek detention, and the Court adopted the release conditions from the Middle District of Florida. [Dkt. 10, 11].

4. Probation informed undersigned that Mr. Belhassan has been compliant with his conditions of release to date, and has no objection to Mr. Belhassan's travel for these purposes providing that Mr. Belhassan provide Pretrial Services with the event information for which he intends to travel, the address where he will be staying, and that he continue to have no contact with the named individual in his conditions of release.

5. Undersigned has conferred with the government who expressed no opposition to the requested expanded travel area.

6. Mr. Belhassan has been employed for many years as a private tennis coach. He currently has clients who request that he come to various cities within the Southern District of Florida (Boca Raton, Naples, West Palm Beach, Palm Beach, and Fort Lauderdale) for coaching purposes. Mr. Belhassan expects his need to travel to be intermittent and can update the Probation Department regarding his travel as the Court and Probation would require.

**CONCLUSION**

WHEREFORE, Mr. Belhassan respectfully requests that this court amend its Order Setting Conditions of Release to allow Mr. Belhassan to travel to the Southern District of Florida as requested, and directing that Mr. Belhassan provide notification of his travel plans to his probation officer as directed.

>Respectfully submitted,
>MEHDI BELHASSAN
>By his Attorney,
>
>*/s/ Brendan O. Kelley*
>Brendan O. Kelley
> B.B.O.:  569054
>Assistant Federal Public Defender
>Federal Public Defender Office
>51 Sleeper Street, 5th Floor
>Boston, MA  02210
>(617) 223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 15, 2021.

>*/s/ Brendan O. Kelley*
>Brendan O. Kelley