UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MEHDI BELHASSAN,<br><br>    Defendant | No. 21-cr-10076-WGY |

**GOVERNMENT'S MOTION TO DISMISS
COUNT THREE OF THE INDICTMENT**

The government respectfully moves to dismiss Count Three of the Indictment, charging the defendant with aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:    /s/Kriss Basil
       KRISS BASIL
       Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Kriss Basil
Kriss Basil
Assistant United States Attorney