UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 21-cr-10076-WGY |
| MEHDI BELHASSAN | |
| Defendant | |

# GOVERNMENT'S WITNESS LIST

The government respectfully submits the following list of witnesses that it intends to call in its case-in-chief.[1] The government reserves the right to amend and/or supplement this list with reasonable notice to the defendants.

| NAME | STATE OR ENTITY |
|---|---|
| Beckstrom, Christopher – Senior Digital Forensic Examiner | FBI – Boston Field Office |
| Chalifoux-Judge, Diane | West Roxbury, MA |
| Chan, Amy | Braintree, MA |
| Harger, John – Forensic Accountant | FBI – Boston Field Office |
| Hauser, William – Special Agent | FBI – Tampa Field Office |
| Hoeveler, Charles | US Sports Camps |
| Johnson, Arianna | Tampa, FL |
| Joyce, Maggie | West Roxbury, MA |
| Kayal, Cally | Madison, CT |
| Lewis, Chaurice | Hyde Park, MA |
| McCarthy, Michael | Northeastern University |
| Pennini, Susan | Curry College |
| Prendergast, Daniel | West Roxbury, MA |
| Sabina, Mark | Stonehill College |

---

[1] The government has not included all business records custodians on the witness list, per a motion filed on 9/25/2023 for a preliminary ruling of admissibility of business records. *See* Dkt. TBD.

| Smalbach, Harrison | Itria Ventures, LLC |
|---|---|
| Stevenson, Ralph David William | Active Network, LLC |
| Tarulli, Danielle | Rockville Centre, NY |

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/Kriss Basil
Kriss Basil
Alathea Porter
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Kriss Basil
Kriss Basil
Assistant United States Attorney