UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 21-cr-10076-WGY |
| MEHDI BELHASSAN | |
| Defendant | |

**GOVERNMENT'S EXHIBIT LIST**

The government files the exhibit list below for trial in the above-captioned matter. The exhibits are lettered as requested by the Court. The United States will promptly update the list should it change in any respect. Certain exhibits have been consolidated for clarity where an exhibit was an attachment to an email, but the list below identifies all exhibits as identified and disclosed to the defendant for ease of identification.

| EXHIBIT Identification | Admitted | DESCRIPTION |
|---|---|---|
| A | | Belhassan Amex Statements AMEX CI-6QSY7 |
| B | | Bank of America Belhassan Account 0082 |
| C | | Bank of America Belhassan Account 1285 |
| D | | Bank of America Belhassan Account 2556 |
| E | | Bank of America Belhassan Account 5346 |
| F | | Bank of America Belhassan Account 7888 |
| G | | Bank of America Belhassan Account 8143 |
| H | | Account Summary Chart |
| I | | BOA x5346 Chart |
| J | | BOA x7888 Oct. 2018 Chart 1 |
| K | | $150,000 Check A. Johnson |
| L | | BOA x7888 Oct. 2018 Chart 2 |
| M | | BOA x7888 Oct. 2018 Chart 3 |
| N | | BOA x7888 Oct. 2018 Chart 4 |
| O | | AMEX Oct. 2018 Chart 1 |
| P | | AMEX Oct. 2018 Chart 2 |
| Q | | BOA x7888 2018-2019 Chart 1 |
| R | | BOA x7888 2018-2019 Chart 2 |
| S | | BOA x7888 2018-2019 Chart 3 |
| T | | BOA x7888 2018-2019 Chart 4 |

| | | |
|---|---|---|
| U | | AMEX 2018-2019 Chart 1 |
| V | | AMEX 2018-2019 Chart 2 |
| W | | AMEX 2018-2019 Chart 3 |
| X | | AMEX 2018-2019 Chart 4 |
| Y | | AMEX 2018-2019 Chart 5 |
| Z | | BOA x7888 March 2019 Chart 1 |
| AA | | BOA x7888 March 2019 Chart 2 |
| AB | | BOA x7888 March 2019 Chart 3 |
| AC | | AMEX March 2019 Chart 1 |
| AD | | BOA x7888 March 2019 Chart 4 |
| AE | | BOA x7888 May and June 2019 Chart 1 |
| AF | | BOA x7888 May and June 2019 Chart 2 |
| AG | | BOA x7888 May and June 2019 Chart 3 |
| AH | | BOA x7888 May and June 2019 Chart 4 |
| AI | | BOA x0082 and x1285 May and June 2019 Chart 1 |
| AJ | | BOA x0082 and x1285 May and June 2019 Chart 2 |
| AK | | AMEX May and June 2019 Chart 1 |
| AL | | Seminole Casino Activity Chart |
| AM | | BOA x7888 July and August 2019 Chart 1 |
| AN | | BOA x7888 July and August 2019 Chart 2 |
| AO | | BOA x7888 July and August 2019 Chart 3 |
| AP | | BOA x7888 July and August 2019 Chart 4 |
| AQ | | BOA x7888 July and August 2019 Chart 5 |
| AR | | BOA x0082 July 2019 Chart 1 |
| AS | | BOA x7888 Las Vegas Chart |
| AT | | BOA x0082 and x1285 June and July 2019 Chart 1 |
| AU | | BOA x7888 Camp Expenditure Chart 1 |
| AV | | BOA x7888 Camp Expenditure Chart 2 |
| AW | | BOA x7888 Camp Expenditure Chart 3 |
| AX | | BOA x7888 Camp Expenditure Chart 4 |
| AY | | Active Loss Summary |
| AZ | | Customers Not Refunded |
| BA | | Itria Loss |
| BB | | Seminole Cash Club transaction detail - Tampa |
| BC | | Seminole HOTEL FOLIO - HWHR-Medhi Belhassan |
| BD | | Seminole Player Profile Information - Mehdi Belhassan- SGA_Redacted |
| BE | | Seminole Credit Card Advance Transactions_Belhassan, Medhi |
| BF | | Seminole Everi AML Transaction Detail - Medhi Belhassan |
| BG | | Seminole LS Player Slot Win Loss Details  - Medhi Belhassan |
| BH | | Seminole LS Player Table Win Loss Details  - Medhi Belhassan |

| | | |
|---|---|---|
| BI | | Seminole Player Complimentary Awards Redeemed Details - Medhi Belhassan - SGA |
| BJ | | Seminole Tax Journals - Medhi Belhassan |
| BK | | Expedia Booking Record |
| BL | | Southwest Belhassan Las Vegas Trip |
| BM | | Itria Recorded Call Dated July 2, 2019 |
| BN | | Purported 2019 Curry College Lease |
| BO | | Executed Itria FRSA 2019 |
| BP | | Active March 2019 Amendment |
| BQ | | Active July 5 2019 Email to Belhassan |
| BR | | Active June 28 2019 Email to Belhassan |
| BS | | Active July 9 2019 Email to Belhassan |
| BT | | Active July 9 2019 Email re MB Sports |
| BU | | Active June 7 2019 Email to Belhassan |
| BV | | Active 2016 Contract with MB Sports |
| BW | | Active 2019 Payments Received for MB Sports |
| BX | | Active 2019 Unrefunded Payments for MB Sports |
| BY | | United July 2019 Belhassan Tickets |
| BZ | | Curry College 2013 Contract with MB Sports |
| CA | | Curry College 2018 Contract with MB Sports |
| CB | | Stonehill Oct 28 2018 Email to Belhassan |
| CC | | Stonehill Sept 4 2018 Email from Wingrove |
| CD | | Stonehill Jan 9 2019 Email from Belhassan |
| CE | | Stonehill March 21 2019 Email re MB Sports |
| CF | | Stonehill Dec 19 2018 Email re MB Sports |
| CG | | Stonehill March 19 2019 Email re MB Sports |
| CH | | Stonehill Dec 17 2018 Email re MB Sports |
| CI | | Stonehill Feb 13 2019 Email re MB Sports |
| CJ | | Stonehill Sept 4 2018 Email re MB Sports |
| CK | | July 2 2019 MB Sports Email to Kayal |
| CL | | July 28 2017 Kayal Email to MB Sports |
| CM | | Jan 29 2018 Kayal Email to MB Sports |
| CN | | June 4 2019 MB Sports Email to Kayal |
| CO | | April 26 2019 MB Sports Email to Kayal |
| CP | | July 27 2019 MB Sports Email to Kayal |
| CQ | | Sept 12, 2018 MB Sports Registration for Kayal |
| CR | | Sept 21, 2018 MB Sports Email to Kayal |
| CS | | Nov 1 2018 MB Sports Email to Kayal |
| CT | | Aug 22 2018 MB Sports Email to Kayal |
| CU | | March 11 2019 MB Sports Email to Kayal |
| CV | | July 1 2019 MB Sports Email to Kayal |
| CW | | April 23 2019 Wingrove to Wingrove Email re Northeastern |
| CX | | April 17 2019 MB Sports Email to Tarulli |
| CY | | June 25 2019 MB Sports Email to Tarulli |

3

| | | |
|---|---|---|
| CZ | | July 1 2019 MB Sports Email to Tarulli |
| DA | | July 27 2019 MB Sports Email to Tarulli |
| DB | | April 26 2019 MB Sports Email to Tarulli |
| DC | | Charles Hoeveler Memo re MB Sports |
| DD | | June 20 2019 McCarthy Email to MB Sports |
| DE | | June 21 2019 MB Sports Email to McCarthy |
| DF | | July 2 2019 Joyce Email to Wingrove |
| DG | | July 2 2019 MB Sports Email to Joyce |
| DH | | April 26 2019 MB Sports Email to Joyce |
| DI | | April 23 2019 MB Sports Email to Joyce |
| DJ | | July 1 2019 MB Sports Email to Joyce |
| DK | | Feb. 21 2019 Active Email and Attachment |
| DL | | March 13 2019 Belhassan Email 1 to Active |
| DM | | Withdrawn, March 13 2019 Belhassan Email 2 to Active, Duplicate of DL |
| DN | | June 6 2019 Belhassan Email to Active |
| DO | | July 5 2019 Active Email to Belhassan |
| DP | | April 29, 2019 Wingrove Email to Chalifoux |
| DQ | | April 30 2019 Belhassan Email to Chalifoux |
| DR | | April 30 2019 Chalifoux Email to Belhassan |
| DS | | April 30 2019 Belhassan Email to Chalifoux |
| DT | | May 13 2019 Belhassan Email to Chalifoux |
| DU | | May 13 2019 Chalifoux Email to Belhassan |
| DV | | April 29 2019 Wingrove Email to Chalifoux |
| DW | | No exhibit |
| DX | | No exhibit |
| DY | | July 1 2019 Chan Email to MB Sports |
| DZ | | July 1 2019 MB Sports Email to Chan |
| EA | | May 21 2019 MB Sports Email re Chan |
| EB | | June 25 2019 Belhassan Email to Hoeveler |
| EC | | July 2 2019 Belhassan Email to Itria |
| ED | | July 2 2019 Belhassan Email to Itria |
| EE | | July 2 2019 Belhassan Email to Itria |
| EF | | June 29 2019 Belhassan Email to Itria |
| EG | | June 29 2019 Itria Email to Belhassan |
| EH | | July 1 2019 Belhassan Email to Itria |
| EI | | Withdrawn, BOA MB Sports Statement, attached to EH |
| EJ | | Withdrawn, BOA MB Sports Statement, attached to EH |
| EK | | Withdrawn, BOA MB Sports Statement, attached to EH |
| EL | | Withdrawn, BOA MB Sports Statement, attached to EH |
| EM | | Withdrawn, BOA MB Sports Statement, attached to EH |
| EN | | Withdrawn, MB Sports Taxes, attached to EH |
| EO | | July 1 2019 Belhassan Email to Itria |
| EP | | Withdrawn, Active Account Statement 2019, attached to EQ |

4

| | | |
|---|---|---|
| EQ | | July 1 2019 Itria Email to Belhassan |
| ER | | Withdrawn, MB Sports Form 8821, attached to EQ |
| ES | | Withdrawn, MB Sports FRSA, attached to EQ |
| ET | | July 2 2019 Belhassan Email to Itria |
| EU | | Withdrawn, MB Sports Corporate Registration, attached to ET |
| EV | | Withdrawn, Belhassan Mortgage Statements, attached to ET |
| EW | | July 2 2019 Belhassan Email to Itria |
| EX | | Withdrawn, MB Sports FRSA Executed, attached to EW |
| EY | | July 2 2019 Belhassan Email to Itria |
| EZ | | Withdrawn, MB Sports FRSA Page 1, attached to EY |
| FA | | July 2 2019 Belhassan Email to Itria |
| FB | | Withdrawn, April 4 2019 Curry Signature Page, attached to FA |
| FC | | July 25 2019 Itria Email to Belhassan |
| FD | | July 26 2019 Itria Email to Belhassan |
| FE | | Aug 20 2019 Belhassan Email to Itria |
| FF | | March 26 2019 MB Sports Email to Joyce |
| FG | | April 3 2019 MB Sports Email to Joyce |
| FH | | June 14 2019 MB Sports Email to Kayal |
| FI | | Jan 27 2018 MB Sports Email to Kayal |
| FJ | | June 14 2019 MB Sports Email to Kayal |
| FK | | Jan 29 2018 MB Sports Email to Kayal |
| FL | | July 28 2017 Kayal Email to MB Sports |
| FM | | July 2 2019 Lewis Email to MB Sports |
| FN | | July 9 2019 Lewis Email to MB Sports |
| FO | | July 17 2019 Lewis Email to MB Sports |
| FP | | Aug 7 2019 Lewis Email to MB Sports |
| FQ | | June 27 2018 MB Sports Email to Lewis |
| FR | | July 2 2019 Lewis Email to MB Sports |
| FS | | July 2 2019 Lewis Email to MB Sports |
| FT | | July 9 2019 Lewis Email to MB Sports |
| FU | | July 9 2019 Lewis Email to MB Sports |
| FV | | July 17 2019 Lewis Email to MB Sports |
| FW | | Aug 7 2019 Lewis Email to MB Sports |
| FX | | Sept 12 2018 McCarthy Email to Wingrove |
| FY | | Sept 12 2018 Wingrove Email to McCarthy |
| FZ | | March 27 2019 Wingrove Email to McCarthy |
| GA | | March 27 2019 McCarthy Email to Wingrove |
| GB | | March 27 2019 Wingrove Email to McCarthy |
| GC | | March 27 2019 McCarthy Email to Wingrove |
| GD | | March 27 2019 Wingrove Email to McCarthy |
| GE | | March 28 2019 McCarthy Email to Wingrove |
| GF | | March 28 2019 Wingrove Email to McCarthy |

| | | |
|---|---|---|
| GG | | March 28 2019 Belhassan Email to McCarthy |
| GH | | March 28 2019 McCarthy Email to Belhassan |
| GI | | March 29 2019 McCarthy Email to Belhassan |
| GJ | | March 20 2019 Wingrove Email to McCarthy |
| GK | | April 3 2019 McCarthy Email to Wingrove |
| GL | | April 3 2019 Belhassan Email to McCarthy |
| GM | | April 8 2019 Belhassan Email to McCarthy |
| GN | | April 9 2019 McCarthy Email to Belhassan |
| GO | | April 11 2019 McCarthy Email to Belhassan |
| GP | | April 11 2019 Belhassan Email to McCarthy |
| GQ | | April 12 2019 McCarthy Email to Belhassan |
| GR | | April 16 2019 Wingrove Email to McCarthy |
| GS | | April 17 2019 McCarthy Email to Wingrove |
| GT | | April 17, 2019 Wingrove Email to Belhassan |
| GU | | April 18 2019 McCarthy Email to Belhassan |
| GV | | April 25 2019 McCarthy Email to Belhassan |
| GW | | May 4 2019 McCarthy Email to Belhassan |
| GX | | May 8 2019 McCarthy Email to Belhassan |
| GY | | May 15 2019 McCarthy Email to Belhassan |
| GZ | | June 21 2019 McCarthy Email to Belhassan |
| HA | | March 28 2019 McCarthy Email to Belhassan |
| HB | | March 29 2019 Belhassan Email to McCarthy |
| HC | | March 29 2019 McCarthy Email to Belhassan |
| HD | | March 29 2019 Belhassan Email to McCarthy |
| HE | | May 4 2019 McCarthy Email to Belhassan |
| HF | | May 8 2019 McCarthy Email to Belhassan |
| HG | | May 15 2019 McCarthy Email to Belhassan |
| HH | | June 21 2019 McCarthy Email to Belhassan |
| HI | | July 20 2017 MB Sports Email to Pennini |
| HJ | | Withdrawn, Attachment to July 20 2017 Email, attached to HI |
| HK | | Aug 29 2018 Pennini Email to Belhassan |
| HL | | Aug 29 2018 Pennini Email to Belhassan |
| HM | | Sept 4 2018 Pennini Email to Belhassan |
| HN | | Oct 21 2017 Belhassan Email to Pennini |
| HO | | May 15 2019 Manning Email to Wingrove cc Prendergast |
| HP | | Sept 14 2018 Wingrove Email to Belhassan |
| HQ | | Sept 14 2018 Belhassan Email to Wingrove |
| HR | | Nov 12 2018 Dawson Email to Wingrove |
| HS | | Nov 12 2018 Wingrove Email to Dawson |
| HT | | Jan 3 2019 Belhassan Email to Wingrove |
| HU | | Feb 12 2019 Wingrove Email to Group Employees |
| HV | | Feb 27 2019 Wingrove Email to Ford |
| HW | | March 9 2019 Belhassan Email to Ramos |

6

| | | |
|---|---|---|
| HX | | March 10 2019 Belhassan Email to Wingrove |
| HY | | March 28 2019 Wingrove Email to Belhassan |
| HZ | | April 18 2019 Wingrove Email to Boston.gov |
| IA | | April 22 2019 Wingrove Email to Belhassan |
| IB | | April 23 2019 MB Sports Test Email |
| IC | | April 23 2019 MB Sports Email to Wingrove |
| ID | | April 23 2019 Belhassan Email to Wingrove |
| IE | | April 23 2019 Wingrove to Wingrove Email re Northeastern |
| IF | | April 23 2019 Wingrove Email to Parent |
| IG | | April 30 2019 Wingrove Email to Belhassan |
| IH | | May 15 2019 Wingrove Email to Manning |
| II | | May 15 2019 Manning Email to Wingrove |
| IJ | | May 15 2019 Wingrove Email to Manning |
| IK | | May 15 2019 Wingrove Email to Group re Orlando and Georgia |
| IL | | May 31 2019 Wingrove Email to Group re No Boston MB Sports Camp |
| IM | | June 3 2019 Wingrove Email to Parent |
| IN | | June 4 2019 Wingrove Email to Parent |
| IO | | June 4 2019  Wingrove Email to Parent |
| IP | | June 19 2019 Wingrove Email to Belhassan |
| IQ | | Withdrawn, Attachment to June 19 2019 Email to Belhassan, attached to IP |
| IR | | June 28 2019 Wingrove Email to Belhassan |
| IS | | Withdrawn, Attachment to June 28 2019 Email to Belhassan, attached to IR |
| IT | | July 1 2019 Belhassan Email to Wingrove |
| IU | | Withdrawn, Attachment to July 1 2019 Belhassan Email to Wingrove, attached to IT |
| IV | | July 1 2019 Belhassan Email to Wingrove |
| IW | | July 1 2019 MB Sports Email to Wingrove |
| IX | | July 1 2019 Wingrove Email to Belhassan |
| IY | | July 2 2019 Parent Email to Wingrove |
| IZ | | July 7 2019 Wingrove Email to Rourke |
| JA | | July 9 2019 Parent Email to Wingrove and Belhassan |
| JB | | July 9 2019 Wingrove Email to Parent |
| JC | | July 25 2019 Belhassan Email to Wingrove |
| JD | | July 29 2019 McCartney Email to Wingrove |
| JE | | July 29 2019 Wingrove Email to McCartney |
| JF | | July 29 2019 Wingrove Email to Belhassan |
| JG | | June 3 2019 Parent Email to Wingrove and Belhassan |
| JH | | Dec 12 2018 MB Sports Email to Parent |
| JI | | Dec 15 2018 MB Sports Email to Parent |
| JJ | | Dec 15 2018 Parent Email to MB Sports |

| | | |
|---|---|---|
| JK | | Dec 15 2018 MB Sports Email to Parent |
| JL | | Dec 15 2018 Parent Email to MB Sports |
| JM | | Dec 15 2018 MB Sports Email to Parent |
| JN | | Dec 30 2018 MB Sports Email to Parent |
| JO | | Jan 3 2019 MB Sports Email to Parent |
| JP | | Jan 8 2019 MB Sports Email to Parent |
| JQ | | April 23 2019 MB Sports Email re Northeastern |
| JR | | April 23 2019 MB Sports Email to Parent |
| JS | | April 23 2019 MB Sports Email to Parent |
| JT | | April 23 2019 MB Sports Email to Parent |
| JU | | April 26 2019 MB Sports Email to Parent |
| JV | | April 26 2019 MB Sports Email to Parent |
| JW | | April 26 2019 MB Sports Email to Parent |
| JX | | April 29 2019 MB Sports Email to Parent |
| JY | | April 29 2019 MB Sports Email to Parent |
| JZ | | May 1 2019 MB Sports Email to Parent |
| KA | | May 3 2019 MB Sports Email to Parent |
| KB | | May 5 2019 MB Sports Email to Parent |
| KC | | May 5 2019 MB Sports Email to Parent |
| KD | | May 5 2019 MB Sports Email to Parent |
| KE | | May 6 2019 MB Sports Email to Parent |
| KF | | May 6 2019 MB Sports Email to Parent |
| KG | | May 6 2019 MB Sports Email to Parent |
| KH | | May 6 2019 MB Sports Email to Parent |
| KI | | May 6 2019 MB Sports Email to Parent |
| KJ | | May 6 2019 MB Sports Email to Hu |
| KK | | May 6 2019 MB Sports Email to Parent |
| KL | | May 7 2019 MB Sports Email to Parent |
| KM | | May 7 2019 MB Sports Email to Soravia |
| KN | | May 8 2019 MB Sports Email to Parent |
| KO | | May 9 2019 MB Sports Email to Parent |
| KP | | May 10 2019 MB Sports Email to Parent |
| KQ | | May 15 2019 MB Sports Email to Parent |
| KR | | May 15 2019 MB Sports Email to Parent |
| KS | | May 16 2019 MB Sports Email to Parent |
| KT | | May 16 2019 MB Sports Email to Parent |
| KU | | May 19 2019 MB Sports Email to Parent |
| KV | | May 20 2019 MB Sports Email to Parent |
| KW | | May 21 2019 MB Sports Email to Parent |
| KX | | May 21 2019 MB Sports Email re Alliance Girls |
| KY | | May 23 2019 MB Sports Email to Parent |
| KZ | | May 23 2019 MB Sports Email to Parent |
| LA | | May 24 2019 MB Sports Email to Parent |
| LB | | May 27 2019 MB Sports Email to Parent |
| LC | | May 29 2019 MB Sports Email to Parent |

| | | |
|---|---|---|
| LD | | June 4 2019 MB Sports Email to Parent |
| LE | | Withdrawn, 2019 Registration Packet Northeastern, attached to LD |
| LF | | June 5 2019 MB Sports Email to Parent |
| LG | | June 7 2019 MB Sports Email to Parent |
| LH | | June 7 2019 MB Sports Email to Parent |
| LI | | June 14 2019 MB Sports Email to Parent |
| LJ | | June 14 2019 MB Sports to Kayal |
| LK | | June 15 2019 MB Sports Email to Parent |
| LL | | June 17 2019 MB Sports Email to Parent |
| LM | | June 19 2019 MB Sports Email to Parent |
| LN | | June 21 2019 MB Sports Email to McCarthy |
| LO | | June 21 2019 MB Sports Email to Parent |
| LP | | June 21 2019 MB Sports Email to Parent |
| LQ | | June 22 2019 MB Sports Email to Parent |
| LR | | June 23 2019 MB Sports Email Registration |
| LS | | June 24 2019 MB Sports Email to Parent |
| LT | | June 24 2019 MB Sports Email to Parent |
| LU | | June 25 2019 MB Sports Email to Parent |
| LV | | Withdrawn, 2019 Registration Packet Northeastern, attached to LU |
| LW | | June 25 2019 MB Sports Email to Belhassan |
| LX | | June 25 2019 MB Sports Email to Parent |
| LY | | June 26 2019 MB Sports Email to Parent |
| LZ | | June 26 2019 MB Sports Email to Parent |
| MA | | June 26 2019 MB Sports Email to Parent |
| MB | | June 27 2019 MB Sports Email to Belhassan |
| MC | | June 27 2019 MB Sports Email to Parent |
| MD | | July 1 2019 Parent Email to MB Sports |
| ME | | Aug 7 2019 MB Sports Email to Parent |
| MF | | Jul 24 2017 MB Sports Email to Curry Group |
| MG | | Withdrawn, Attachment to Jul 24 2017 MB Sports Email to Curry Group, attached to MF |
| MH | | Sept 14 2018 Wingrove Email to Belhassan |
| MI | | Jan 3 2019 Belhassan Email to Wingrove |
| MJ | | April 22 2019 Wingrove Email to Belhassan |
| MK | | April 23 2019 Parent Email to MB Sports |
| ML | | May 6 2019 Belhassan Email to Carlson |
| MM | | Withdrawn, Attachment to May 6 2019 Belhassan Email to Carlson, attached to ML |
| MN | | May 7 2019 Belhassan Email to Carlson |
| MO | | May 13 2019 Vargas Email to Belhassan |
| MP | | May 14, 2019 Manning Email to Belhassan |
| MQ | | May 15 2019 Wingrove Email to Manning |
| MR | | May 29 2019 Belhassan Email to Parent |

9

| | | |
|---|---|---|
| MS | | May 30 2019 Belhassan Email to Parent |
| MT | | June 19 2019 Belhassan Email to Thomas |
| MU | | June 23 2019 $700 Transfer to Wingrove |
| MV | | June 24 2019 MB Sports Email to Belhassan |
| MW | | June 25 2019 Parent Email to MB Sports and Belhassan |
| MX | | June 25 2019 Belhassan Email to Parent |
| MY | | June 25 2019 Belhassan Email to Parent |
| MZ | | June 25 2019 Belhassan Email to Parent |
| NA | | June 25 2019 Wingrove Email to Belhassan |
| NB | | Withdrawn, Attachment to June 25 2019 Wingrove Email to Belhassan, attached to NA |
| NC | | June 25 2019 MB Sports Email to Belhassan |
| ND | | June 26 2019 Belhassan Email to Thomas |
| NE | | Withdrawn, Attachment to June 26 2019 Belhassan Email to Thomas, attached to ND |
| NF | | June 27 2019 MB Sports Email to Belhassan |
| NG | | June 27 2019 Expedia Reservation for MGM Grand |
| NH | | June 27 2019 Expedia Reservation for MGM Grand |
| NI | | June 27 2019 MGM Grand Email to Belhassan |
| NJ | | Withdrawn, Attachment to June 27 2019 MGM Grand Email to Belhassan for July 4 Pickup, attached to NI |
| NK | | June 28 2019 Wingrove Email to Belhassan |
| NL | | Withdrawn, Attachment June 28 2019 Wingrove Email to Belhassan, attached to NK |
| NM | | July 1 2019 Belhassan Email to Wingrove |
| NN | | Withdrawn, Attachment to July 1 2019 Belhassan Email to Wingrove, attached to NM |
| NO | | July 1 2019 Wingrove Email to Belhassan |
| NP | | July 1 2019 Belhassan Email to Wingrove |
| NQ | | July 2 2019 BOA Overdrawn Alert |
| NR | | July 3 2019 Heath Spa Follow-up |
| NS | | July 12 2019 Expedia Flight Purchase United Airlines |
| NT | | July 15 2019 Health Spa Appointment |
| NU | | Withdrawn, Appointment, attached to NT |
| NV | | July 1 2019 Belhassan Email to Wingrove |
| NW | | Withdrawn, Attachment to July 1 2019 Belhassan Email to Wingrove, attached to NV |
| NX | | Nov 5 2018 Belhassan Email to Self |
| NY | | Nov 5 2018 Belhassan Email to Self |
| NZ | | May 15 2019 MB Sports Email to Parent |
| OA | | Withdrawn, Attachment to May 15 2019 MB Sports Email to Parent, attached to NZ |
| OB | | Withdrawn, MB Sports Camps Registrations 2018 to 2019, duplicate of DK attachment |
| OC | | Feb 2 2019 MB Sports Email to Tarulli |

10

| OD | | June 25 2019 Tarulli Email to MB Sports |
| OE | | June 25 2019 MB Sports Email to Tarulli |
| OF | | June 25 2019 MB Sports Email to Tarulli |
| OG | | July 2 2019 Tarulli Email to MB Sports |
| OH | | Jan 29 2018 MB Sports Email to Kayal |
| OI | | Nov 5 2018 Belhassan Email to Self |
| OJ | | Nov 5 2018 Belhassan Email to Self |
| OK | | May 7 2019 MB Sports Email to Parent |
| OL | | May 9 2019 MB Sports Email to Parent |
| OM | | May 15 2019 MB Sports Email to Parent |
| ON | | May 21 2019 MB Sports Email re Chan |
| OO | | MB Sports Form 8821 |
| OP | | MB Sports Registration Packet 2019 |
| OQ | | Post-Arrest Interview |
| OR | | MB Sports Customer Payment and Chargeback Report |
| OS | | 2019.07.01 MBSC to Tarulli Automated Response |
| OT | | 2019.07.01 Tarulli to MBSC |
| OU | | REGISTRATION Lewis |
| OV | | 2019.04.23 BIG ANNOUNCEMENT Email 1_Redacted |
| OW | | 2019.04.23 BIG ANNOUNCEMENT Email 2_Redacted |
| OX | | 2019.05.14 Order Receipt Email Redacted |
| OY | | 2019.07.01 VERY IMPORTANT MESSAGE Email Redacted |
| OZ | | 2019.07.27 UPDATE Email Redacted |

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/Kriss Basil
Kriss Basil
Alathea Porter
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Kriss Basil
Kriss Basil
Assistant United States Attorney